STATE OF NEBRASKA, APPELLEE, V. EMMIT BODEN,
APPELLANT.

259 N. W. 2d 32

Filed November 9, 1977. No. 41509.

T. Clement Gaughan and Toney J. Redman, for
appellant.

Paul L. Douglas, Attorney General, and Terry R.
Schaaf, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH,
MCCOWN, CLINTON, BRODKEY, and WHITE, JJ.

WHITE, C. J.

The defendant was charged with petit larceny,
second offense. Pursuant to a plea bargain, in
which another petit larceny charge was dismissed,
the defendant pled guilty. The District Court sen-
tenced the defendant to a term of 1 year imprison-
ment in the Nebraska Penal and Correctional Com-
plex with credit given for 84 days jail time.

The defendant appeals, contending that his sen-
tence was excessive. He argues that he should have
received probation. An order or sentence of the
trial court which denies probation will not be over-
turned on appeal unless there has been an abuse of
discretion. State v. Swails, 195 Neb. 406, 238 N. W.
2d 246 (1976).

The presentence investigation report shows that
the defendant was, previously to this offense, con-
victed of disturbing the peace, petit larceny, tres-
pass, carrying a concealed weapon, and in posses-
sion of stolen goods. It is apparent that the defend-
ant's previous encounters with the law have failed to

impress upon him the serious nature of his conduct. It certainly was no abuse of discretion for the trial court to conclude that a period of incarceration might accomplish this. The defendant received the minimum sentence under section 28-512, R. R. S. 1943. A sentence imposed within statutory limits will not be disturbed on appeal absent an abuse of discretion. We find no abuse of discretion here.

The judgment and sentence of the District Court are correct and are affirmed.

AFFIRMED.